United States District Court
Southern District of Texas
**ENTERED**
September 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID W. MEARIS, § | |
| BOP #03809-078, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-25-1050 |
| § | |
| HARRIS COUNTY JAIL § | |
| EMPLOYEES, et al., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 29th day of September, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE